**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | | |
|---|---|---|
| HECTOR GARCIA, JR., | § | |
| as Personal Representative to | § | |
| the Estate of Hector Garcia, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **Cause No. 2:21-cv-00485-WJ/GJF** |
| | § | |
| CORIZON HEALTH, INC., | § | |
| WARDEN VINCE POKLUDA, | § | |
| VERONICA SALAZAR, | § | |
| CHRISTI BENNETT, | § | |
| MELISSA GARICA, | § | |
| GLADYS HERNANDEZ, | § | |
| HEATHER BARELA, | § | |
| EDUARDO BERUMEN, | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT CORIZON HEALTH, INC.'S CORPORATE DISCLOSURE**
**STATEMENT PURSUANT TO RULE 7.1**

Pursuant to Rule 7.1, defendant Corizon Health, Inc. files this corporate disclosure statement to provide notice that it is wholly owned by Valitas Intermediate Holdings, Inc., which is owned by M2 EquityCo, LLC. FED. R. CIV. P. 7.1.

1

Respectfully submitted,

**SCOTT HULSE, P.C.**
201 North Church Street, Suite 201
Las Cruces, NM 88001
(575) 522-0765
575-522-0006 Facsimile
or
201 E. Main Dr., Ste. 1100
El Paso, Texas 79901
(915) 533-2493
(915) 546-8333 Telecopier


By:    */s/Henry J. Paoli*_____
               **HENRY J. PAOLI**
               **CASEY S. STEVENSON**
               Attorneys for defendant Corizon Health, Inc.

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on June 16, 2022, a true and correct copy of this document was filed electronically through the e-filing system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Matthew C. Coyte
3800 Osuna Road NE, Ste. 2
Albuquerque, NM 87109
mcoyte@me.com
Attorneys for plaintiff

Brandon Huss & David Roman
New Mexico Association of Counties
111 Lomas Blvd. NW Suite 424
Albuquerque, NM 87102
BHuss@nmcounties.org
DRoman@nmcounties.org
Attorneys for the Board of County Commissioners for the County of Doña Ana and Vince Pokluda


               */s/Henry J. Paoli*_____
               **HENRY J. PAOLI**

2