# PRIVILEGE LOG

| Discovery Request # | Date Created | Author | Recipient | Document Type | Subject Matter | Basis for Privilege |
|---|---|---|---|---|---|---|
| Plaintiff's Request for Production #1 and Interrogatory #1 | Approximately August 15, 2019 | Eduardo Berumen, former nurse practitioner for Defendant | Ashland Jackson & Dr. Glenda Newell | Summary of care provided for the purpose of reporting to a patient safety organization | Patient safety report | Patient Safety & Quality Improvement Act of 2005, 42 U.S.C. §299b-21 -- §299b-26. |
| Plaintiff's Request for Production #1 and Interrogatory #1 | Approximately August 26, 2019 | Dr. Glenda Newell | Sentinel event review committee | Summary of care provided for the purpose of reporting to a patient safety organization | Patient safety report | Patient Safety & Quality Improvement Act of 2005, 42 U.S.C. §299b-21 -- §299b-26. |

1242038.1

3

**PLAINTIFF'S EXHIBIT 2**