1. <u>Commercial General Liability</u> insurance shall be written on ISO occurrence form CG 00 01 or similar and shall cover liability arising from products and completed operations, premises, contractual liability, personal injury, and advertising injury.

2. <u>Workers' Compensation Insurance</u> as required by the State.

3. <u>Professional Liability Insurance</u> covering the rendering of medical services in a detention facility.

**1.3    Limits Required**

Contractor shall maintain the following insurance limits:

1. <u>Commercial General Liability</u> insurance shall be written with limits no less than $1,000,000 each occurrence, a $3,000,000 general aggregate.

2. <u>Worker's Compensation Insurance</u> with limits as required by Statute.

3. <u>Professional Liability Insurance</u> in an amount of not less than $1,000,000 per occurrence and $3,000,000 general aggregate.

**2.0    COMPLIANCE REQUIREMENTS**

Contractor shall fully comply with all occupational safety and health standards and all other applicable State and Federal Regulations, including but not limited to the following regulations for any professional health care providers or other personnel who will be utilized by Contractor to carry out the services of this contract. Additionally, all services provided shall be provided in accordance with or exceeding the following standards, regulations and recommendations.

- Affordable Care Act as it applies to detainee populations
- American Correctional Association (ACA) Core Jail Standards
- American Jail Association (ACA) standards and recommendations
- *Bravo, et al. vs. Board of County Commissioners, et al.*, CV 2008-00010 WJ/KBM Stipulated Settlement Agreement, Section I through X, except as modified by the Scope of Services
- United States Department of Health and Human Services
- Doña Ana County Ordinances, Policies and Procedures
- Health, Information and Portability Protection Act (HIPAA)
- Health Information Technology for Economic and Clinical Health (HITECH) Act
- National Commission on Correctional Health Care (NCCHC) Correctional Health Care Standards for managing the delivery of medical and mental health care in correctional systems
- National Standards for Health Information
- Prison Rape Elimination Act (PREA)
- All permits and licenses required by Federal, State, or local laws, rules and regulations necessary for the implementation of work undertaken by the



**PLAINTIFF'S EXHIBIT**

**4**

**COR-Barela - 003148**