| General Health Services Policy & Procedure | | **CORIZON** HEALTH· |
|---|---|---|
| Site Name: Dona Ana County Detention Center | | |
| Title:  Procedure in the Event of an Inmate Death | | Revised: |
| NCCHC: Important | ACA: Mandatory | No:  J-A-09.00 |

**POLICY:** The Health Service Administrator (HSA) conducts a thorough review of all deaths in custody in an effort to improve care and prevent future deaths.

Deaths are reviewed in accordance with the **Corizon Health Sentinel Event Policy**.

| | PROCEDURE STATEMENTS | FACILITY GUIDANCE |
|---|---|---|
| 1 | A clinical mortality review is conducted within 30 days | The Site and Regional Medical Directors (SMD/RMD) are responsible to ensure the review is completed as defined in the Corizon Health Sentinel Event Policy <br><br> The clinical mortality review is conducted by a physician not involved in the patient's treatment. The treating provider may be involved in the mortality review process, but may not independently complete the review |
| 2 | An administrative review is conducted in conjunction with custody staff | The HSA is responsible for the coordination of the administrative review and the implementation of any recommendations |
| 3 | A psychological autopsy is performed on all deaths by suicide within 30 days | The behavioral health lead is responsible to ensure the completion of the psychological autopsy and report <br><br> Available Corizon Health form: <br><br> • Psychological Autopsy (QP0002) |
| 4 | Treating staff are informed of pertinent findings of all reviews | The Core 4 are responsible for ensuring that treating staff and the CQI committee are informed of pertinent findings |

**REFERENCES**

**NCCHC:** Standards for Health Services in Jails 2018, J-A-09
**NCCHC:** Standards for Mental Health Services in Correctional Facilities 2015, MH-A-10 **ACA:** Standards for Adult Local Detention Facilities 4th Edition, 4-ALDF-4D-12, -23-24 **ACA:** 2016 Standards Supplement - no revisions

PLAINTIFF'S EXHIBIT
**6**

COR-Barela - 003214

CONFIDENTIAL

| Site Name: Dona Ana County Detention Center | | |
|---|---|---|
| Title: Procedure in the Event of an Inmate Death | | Revised: |
| NCCHC: Important | ACA: Mandatory | No: J-A-09.00 |

| PROCEDURE STATEMENTS | FACILITY GUIDANCE |
|---|---|
| 5    A log is maintained that includes:<br><br>➢ Patient name or identification number<br><br>➢ Age at time of death<br><br>➢ Date of death<br><br>➢ Date of clinical mortality review<br><br>➢ Date of administrative review (if different than date of clinical mortality review)<br><br>➢ Cause of death (e.g., hanging, respiratory failure)<br><br>➢ Manner of death (e.g., natural, suicide, homicide, accident)<br><br>➢ Date pertinent findings of review(s) shared with staff<br><br>➢ Date of psychological autopsy, if applicable | Required Corizon Health form:<br><br>• Mortality Tracking Log (NA9596)<br><br>This form should be used to communicate the completion of mortality reviews and associated actions with accrediting entities |

| SITE SPECIFICS |
|---|
| The individual that completes and maintains the log is [HSA] |

| 6 | The HSA, SMD, and the correctional administrator are immediately notified of an inmate death | |
|---|---|---|
| 7 | There is a defined process by which the individuals designated by the inmate are notified in the case of death | This may also include notification of an impending death of a terminally ill patient |

| SITE SPECIFICS |
|---|
| Individuals designated by the inmate are notified by:<br><br>☒ Custody staff<br><br>☐ Health staff |

| 8 | Authorities having jurisdiction (medical examiner or coroner) are immediately notified of an inmate death | |
|---|---|---|

| SITE SPECIFICS |
|---|
| Jurisdictional authorities are notified by:<br><br>☒ Custody staff notifies jurisdictional authorities<br><br>☐ Health staff notifies jurisdictional authorities |

**REFERENCES**

NCCHC: Standards for Health Services in Jails 2018, J-A-09
NCCHC: Standards for Mental Health Services in Correctional Facilities 2015, MH-A-10 ACA: Standards for Adult Local Detention Facilities 4th Edition, 4-ALDF-4D-12, -23-24 ACA: 2016 Standards Supplement - no revisions

COR-Barela - 003215