UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

HECTOR GARCIA JR., *personal*
*Representative to the estate of Hector Garcia*,

    Plaintiff,

v.                                            Civ. No. 21-485 DHU/GJF

BOARD OF COUNTY COMMISSIONERS FOR
THE COUNTY OF DOÑA ANA, et al.,

    Defendants.

**ORDER SETTING MOTION HEARING**

**IT IS ORDERED** that counsel for the parties shall appear before me via Zoom[1] for oral argument on Plaintiff's pending Motion to Compel Discovery [ECF 71] on **December 15, 2022, at 9:30 a.m. MST**.   The Court has set aside one hour for this hearing.   Client attendance is not required.

    **SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE

---

[1] The Zoom access information is as follows:

    https://nmd-uscourts.zoomgov.com/j/1616429900
    Meeting ID: 161 642 9900
    Passcode: 097543

    Join by SIP: 1616429900@sip.zoomgov.com

    Join by H.323: 161.199.138.10 (US West) / 161.199.136.10 (US East).