UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

HECTOR GARCIA JR., *personal
representative to the estate of Hector Garcia*,

    Plaintiff,

v.                                                                           Civ. No. 21-485 DHU/GJF

BOARD OF COUNTY COMMISSIONERS FOR
THE COUNTY OF DOÑA ANA, et al.,

    Defendants.

## ORDER FOR *IN CAMERA* REVIEW

THIS MATTER comes before the Court *sua sponte*. Because Plaintiff's pending Motion to Compel [ECF 71] revolves heavily around the contents of Defendant Corizon Health, Inc.'s mortality review, *see* ECF 75 at 1 (calling it a "confidential sentinel event review"); *see also* ECF 71-2 (calling it a "[p]atient safety report"), the Court hereby **ORDERS** Defendant Corizon Health, Inc.—no later than **10:00 a.m. tomorrow, December 13, 2022**—to submit via email[1] for *ex parte* and *in camera* inspection **any documents** withheld from disclosure under the Patient Safety Quality Improvement Act.

    **SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE

---

[1] Defense counsel can email the documents to fourattchambers@nmd.uscourts.gov.