# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**Before the Honorable Gregory J. Fouratt**
**United States Magistrate Judge**

### Clerk's Minutes

### Civ. No. 21cv485 DHU/GJF

*Garcia v. Bd. of Cty. Comm'rs for the Cty. of Dona Ana, et al.*

**Date of Hearing: 12/15/2022**
*(held via Zoom and recorded in the Organ Courtroom)*

| | |
|---|---|
| **Attorney for Plaintiff:** | Matthew Coyte |
| **Attorney for Defendants:** | Henry Paoli |
| **Proceeding:** | Motions Hearing |
| *Start Time*: | 9:30 a.m. |
| *Stop Time*: | 10:59 a.m. |
| **Total Time:** | **1 hour 29 minutes** |
| **Clerk**: | EPS |

**Notes:**

- The Court made introductions.
- The Court began by questioning Mr. Paoli. The Court's questions concerned, among other things, Defendant's contractual relationship with Dona Ana County, the exact requirements of Defendant's sentinel event policy, patient-safety work product under the Patient Safety and Quality Improvement Act of 2005 (PSQIA), and Tonya Mooningham's declaration.
- The Court gave Mr. Paoli an opportunity to argue several brief points of emphasis before turning to Mr. Coyte.
- The Court asked him questions regarding his view of a carceral-death PSQIA exception, the scope of *Tanner v. McMurray*'s holding, and Ms. Mooningham's declaration.
- The Court gave Mr. Coyte a similar opportunity to emphasize key points before allowing Mr. Paoli a brief rebuttal.
- The Court expressed "virtual certain[ty]" that the mortality review would exist separately and independently from PSQIA.
- Mr. Paoli promised to provide the Court a copy of Defendant's sentinel event policy by end-of-day Monday, December 19, 2022. Mr. Coyte also promised to verify that the

2

    excerpt of the NCCHC standards, attached to his Motion to Compel as Exhibit 5, is current and accurate.

- The Court took the motion under advisement and announced its intention to issue a written decision by the end of January.
- The Court adjourned.  (Refer to recording for additional details.)