UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

HECTOR GARCIA JR., *personal*
*Representative to the estate of Hector Garcia*,

    Plaintiff,

v.                                                                                      Civ. No. 21-485 DHU/GJF

BOARD OF COUNTY COMMISSIONERS FOR
THE COUNTY OF DOÑA ANA, et al.,

    Defendants.

### ORDER STAYING COMPLIANCE WITH ORDER COMPELLING DISCOVERY

THIS MATTER is before the Court on Defendant Corizon Health, Inc.'s ("Defendant") "Time-Sensitive Motion for Stay of the Court's Order Compelling Discovery" [ECF 89].[1]  The Court finds the stay necessary for the <u>limited</u> purpose of permitting Defendant to preserve its privilege claim pending the presiding judge's decision on Defendant's objections to this Court's order [ECF 88].  The Court expresses no view on the merits of the objections set forth in the Motion.

**IT IS THEREFORE ORDERED** that Defendant Corizon's obligation to comply with this Court's order is **STAYED** until the presiding judge's decision is filed.

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE

---

[1] Because Defendant's compliance deadline is tomorrow, January 13, 2023, the Court could not wait for Plaintiff's response to the motion to stay.  In retrospect, to avoid such a compressed schedule, a more prudential sequence would have been for Defendant to move to stay much sooner and then file its objections in a separate document within the fourteen days authorized under Federal Rule of Civil Procedure 72(a).