# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| HECTOR GARCIA, JR., §<br>as Personal Representative to §<br>the Estate of Hector Garcia, §<br>§<br>Plaintiff, §<br>§<br>v. §<br>§<br>CORIZON HEALTH, INC., §<br>WARDEN VINCE POKLUDA, §<br>VERONICA SALAZAR, §<br>CHRISTI BENNETT, §<br>MELISSA GARCIA, §<br>GLADYS HERNANDEZ, §<br>HEATHER BARELA, §<br>EDUARDO BERUMEN, §<br>§<br>Defendants. § | **Cause No. 2:21-cv-00485-DHU/GJF** |

## SUGGESTION OF BANKRUPTCY AND NOTICE OF AUTOMATIC STAY

Corizon Health, Inc. (the "Debtor"), one of the named defendants herein, files this *Suggestion of Bankruptcy and Notice of Automatic Stay* and would respectfully show as follows:

1. On February 13, 2023 (the "Petition Date"), Debtor filed a voluntary petition pursuant to chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"). The case is pending in the United States Bankruptcy Court for the Southern District of Texas, Houston Division, under Case No. 23-90086 (CML) (the "Chapter 11 Case").

2. As a result of the commencement of the Chapter 11 Case, section 362 of the Bankruptcy Code operates as a stay, applicable to all entities, of (i) commencement or continuation

1

1254365.1

2

of a judicial, administrative or other action or proceeding against the Debtor that was or could have been commenced before the commencement of the Chapter 11 Case, or to recover a claim against the Debtor that arose before the commencement of the Chapter 11 Case; (ii) the enforcement, against the Debtor or against the property of their bankruptcy estates, of a judgment obtained before the commencement of the Chapter 11 Case; (iii) any act to obtain possession of property of the estate or of property from the estates or to exercise control over property of the Debtor's estate; and (iv) any act to create, perfect, or enforce a lien against property of the Debtors' estate.

3. The stay set forth in 11 U.S.C. § 362(a) became effective automatically upon the commencement of the Chapter 11 Case. If any party violates the stay, the Debtor may seek to have such actions deemed void, move for sanctions in the Bankruptcy Court and recover actual damages, including costs and attorneys' fees, arising from the violation of the stay.

**Dated:** February 15, 2023

1254365.1

Respectfully submitted,

**SCOTT HULSE, P.C.**
201 North Church Street, Suite 201
Las Cruces, NM 88001
(575) 522-0765
575-522-0006 Facsimile
or
201 E. Main Dr., Ste. 1100
El Paso, Texas 79901
(915) 533-2493
(915) 546-8333 Telecopier

By: */s/Henry J. Paoli*
 **HENRY J. PAOLI**
 hpao@scotthulse.com
 **CASEY S. STEVENSON**
 cste@scotthulse.com
 Attorneys for Defendant Corizon Health, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2023, a true and correct copy of this document was filed electronically through the e-filing system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing, and a copy of this document was served via certified mail, return receipt requested on the following attorneys:

Matthew C. Coyte
3800 Osuna Road NE, Ste. 2
Albuquerque, NM 87109
mcoyte@me.com
Attorneys for plaintiff

 */s/Henry J. Paoli*
 **HENRY J. PAOLI**

1254365.1