**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

HECTOR GARCIA JR., as Personal Representative
to the Estate of HECTOR GARCIA,

      Plaintiff,

v.                                    No. 2:21-cv-00485-DHU-GJF

CORIZON HEALTH, INC.,
VERONICA SALAZAR, CHRISTI BENNETT,
MELISSA GARCIA, GLADYS HERNANDEZ,
HEATHER BARELA, and EDUARDO BERUMEN,

      Defendants.

## UNOPPOSED MOTION TO RESCHEDULE MOTION HEARING AND PRE-TRIAL CONFERENCE

COMES NOW, Plaintiff Hector Garcia Jr., by and through his counsel of record, Coyte Law P.C. (Matthew E. Coyte, Esq.), and respectfully requests this Court to reschedule the Hearing on Motion to Withdraw as Counsel for Defendants and Pretrial Conference currently set for July 27, 2023 (ECF 101). As grounds for this motion, Plaintiff states the following:

1.      On July 7, 2023, the Court scheduled a Motion Hearing and Pre-Trial Conference for July 27, 2023, as set forth in ECF 101.

2.      On February 10, 2023, Henry J. Paoli and Casey S. Stevenson filed a Motion to Withdraw as Counsel for Defendants (ECF 98).

3.      This case has been in a stay since February 15, 2023, when Corizon Health Inc. filed a Suggestion of Bankruptcy and Notice of Automatic Stay (ECF 99).

4.      Discovery was not completed because of the stay that has been in place; therefore, the parties are not prepared for trial at this time.

5.      Counsel for Plaintiff will be out of the Country from July 27, 2023 through

August 10, 2023, and will therefore be unavailable for the scheduled Motion

Hearing and Pre-Trial Conference.

6.      Both parties are available for the Motion Hearing and Pre-Trial Conference from

August 23 to August 31.

7.      Counsel for Defendants has been contacted and does not oppose this motion.

WHEREFORE, Plaintiff requests the Court enter an Order to reschedule the Motion

Hearing and Pre-Trial Conference to sometime between August 23 to August 31, 2023.


Respectfully submitted,

COYTE LAW, P.C.

/s/ Matthew E. Coyte
Matthew E. Coyte
3800 Osuna Rd NE, Suite 2
Albuquerque, N.M.  87109
(505) 244-3030
*Attorney for Plaintiff*


### CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of July 2023, I filed the foregoing electronically through the CM/ECF system, which caused counsel of record to be served by electronic means.

/s/ Matthew E. Coyte
Matthew E. Coyte

2