## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

HECTOR GARCIA JR., as Personal Representative
to the Estate of HECTOR GARCIA,

    Plaintiff,

v.                                                                                         No. 2:21-cv-00485-DHU-GJF

CORIZON HEALTH, INC.,
VERONICA SALAZAR, CHRISTI BENNETT,
MELISSA GARCIA, GLADYS HERNANDEZ,
HEATHER BARELA, and EDUARDO BERUMEN,

    Defendants.

### STIPULATED MOTION TO CONTINUE JURY TRIAL

COMES NOW, Plaintiff Hector Garcia Jr., by and through his counsel of record, Coyte Law P.C. (Matthew E. Coyte, Esq.), and submits the following Motion to Continue the Jury Trial currently scheduled for August 7, 2023 at 9:00 a.m. (ECF 51):

1. On July 18, 2022, a Trial Notice was filed by the Court scheduling the Jury Trial for August 7, 2023, at 9:00 a.m. (ECF 51).

2. This case has been in a stay since February 15, 2023, when Corizon Health Inc. filed a Suggestion of Bankruptcy and Notice of Automatic Stay (ECF 99).

3. Discovery was not completed because of the stay that has been in place; therefore, the parties are not prepared for trial at this time.

4. Plaintiff requests that the Jury Trial be continued.

5. The parties will inform the Court when the stay is lifted and request the Jury Trial to be reset at this time.

6. Counsel for Defendants concurs with this Motion.

WHEREFORE, Plaintiff requests the Jury Trial set for August 7, 2023 at 9:00 a.m. be continued and rescheduled for another date and time upon the bankruptcy stay being lifted.

Respectfully submitted,

COYTE LAW, P.C.

/s/ Matthew E. Coyte
Matthew E. Coyte
3800 Osuna Road NE, Suite 2
Albuquerque, NM 87109
(505) 244-3030
mcoyte@me.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of July 2023, I filed the foregoing electronically through the CM/ECF system, which caused counsel of record to be served by electronic means.

/s/ Matthew E. Coyte
Matthew E. Coyte