IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| HECTOR GARCIA JR., as Personal Representative to the Estate of HECTOR GARCIA<br><br>Plaintiffs,<br><br>v.<br><br>CORIZON HEALTH, INC., VERONICA SALAZAR, CHRISTI BENNETT, MELISSA GARCIA, GLADYS HERNANDEZ, HEATHER BARELA, EDUARDO BERUMEN,<br><br>Defendants. | Case No. 2:21-CV-00485-DHU-GJF |

**UNOPPOSED MOTION FOR WITHDRAWAL AND SUBSTITION OF COUNSEL FOR DEFENDANTS CORIZON HEALTH, INC., VERONICA SALAZAR, CHRISTI BENNETT, MELISSA GARCIA, GLADYS HERNANDEZ, HEATHER BARELA AND EDUARDO BERUMEN**

COMES NOW Defendants Corizon Health, Inc., Veronica Salazar, Christi Bennett, Melissa Garcia, Gladys Hernandez, Heather Barela and Eduardo Berumen and move this Honorable Court to allow Attorney Cari E. Neill of Hall & Evans, LLC to withdraw as counsel for Defendants Corizon Health, Inc., Veronica Salazar, Christi Bennett, Melissa Garcia, Gladys Hernandez, Heather Barela and Eduardo Berumen and substitute Craig A. Sargent and Marcella A. Morgan of Hall & Evans, LLC to serve as its counsel.

Counsel for all parties stipulate to this motion.

WHEREFORE, Defendants Corizon Health, Inc., Veronica Salazar, Christi Bennett, Melissa Garcia, Gladys Hernandez, Heather Barela and Eduardo Berumen prays the Court to enter an Order allowing Cari Neill to withdraw as counsel for Defendants Corizon Health, Inc., Veronica

Salazar, Christi Bennett, Melissa Garcia, Gladys Hernandez, Heather Barela and Eduardo Berumen and substitute Craig A. Sargent and Marcella A. Morgan (Hall & Evans, LLC).

DATED this 12th day of June 2025.

By: /s/ Paul Yarbrough
**PAUL YARBROUGH**
yarbroughp@hallevans.com
**CRAIG A. SARGENT**
sargentc@hallevans.com
**STANLEY CASSAVANT**
cassavants@hallevans.com
**MARCELLA A. MORGAN**
morganm@hallevans.com
Hall & Evans, LLC
1001 17th Street, Suite 300
Denver, CO 80202
Telephone: (303) 628-3300
Fax: (303) 628-3368
 Or
125 Lincoln Avenue, Suite 225
Santa Fe, NM 87501
T 505-303-4592
F 303-628-3368
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of June 2025 a true and correct copy of this document was served upon all parties via CM/ECF.

**COYTE LAW OFFICE, P.C.**
Matthew E. Coyte
3800 Osuna Road NE, Suite 2
Albuquerque, NM 87109
mcoyte@me.com

*/s/ Paul Yarbrough*
Paul Yarbrough