# EXHIBIT 5

EXHIBIT 5

# AGREEMENT AND PLAN OF DIVISIONAL MERGER

This AGREEMENT AND PLAN OF DIVISIONAL MERGER (this "**Plan**") is dated as of May 1, 2022 and is entered into by Corizon Health, Inc., a Texas corporation (the "**Company**"). The Company is the sole surviving entity of a combination merger by and between the Company, Valitás Health Services, Inc., a Texas corporation ("**Valitás**"), Corizon, LLC, a Missouri limited liability company ("**Corizon**") and Corizon Health of New Jersey, LLC, a New Jersey limited liability company ("**Corizon NJ**"). The Company, Valitás, Corizon, and Corizon NJ are each a "**Combination Merger Entity**" and, together, the "**Combination Merger Entities**."

## RECITALS

**WHEREAS**, the Company desires to effect a divisional merger (the "**Merger**") pursuant to this Plan and the Texas Business Organizations Code (as amended, the "**TBOC**"), which will result in (a) the Company surviving the Merger and continuing its existence as a corporation under the laws of the State of Texas ("**RemainCo**"), (b) the creation of a newly formed corporation named CHS TX, Inc. created under, and governed by, the laws of the State of Texas ("**NewCo**"), and (c) the allocation of the Company's assets and liabilities between RemainCo and NewCo.

**WHEREAS**, pursuant to the certificate of formation of the Company filed on April 28, 2022, the bylaws of the Company (the "**Company Bylaws**"), and Section 21.452 of the TBOC, the board of directors of the Company and Valitás Intermediate Holdings, Inc., a Delaware Corporation ("**Valitás Holdings**"), in its capacity as the sole shareholder of the Company, have each approved the Merger and this Plan.

## AGREEMENTS

NOW, THEREFORE, for the purpose of setting forth the terms and conditions of the Merger, the mode of carrying the Merger into effect and such other details and provisions as are deemed necessary or desirable, the Company hereby declares as follows:

**1. Plan Requirements.**

(a) **Name and Organizational Form of Party**: The name of the sole entity that is a party to the Merger is Corizon Health, Inc., and its organizational form is a Texas corporation.

(b) **Name and Organizational Form of Surviving Entity**: Corizon Health, Inc. (i.e., the Company) shall survive the Merger and continue its existence as a Texas corporation.

(c) **Name and Organizational Form of New Entity**: A newly formed Texas corporation named CHS TX, Inc. shall be created by this Plan and through the Merger at the Effective Time (as defined below).

**2. Effects of Merger; Effective Time.**

(a) The Merger shall be effectuated through this Plan and the filing of a certificate of merger (the "**Certificate of Merger**") in the form attached hereto as Exhibit A in the office of the Texas Secretary of State (the "**Secretary**").

(b) The Merger shall be effective on the date and at the time set forth in the Certificate of Merger (the "**Effective Time**").

(c) The Merger will have the effects set forth in Section 10.008 of the TBOC and this Plan.

**3. Allocation of Assets.** Without limiting the generality of Section 2(c) above, at the Effective Time, by virtue of the Merger and without any action on the part of RemainCo or NewCo:

(a) all right, title, and interest in and to the property and assets of the Company described on Schedule 3.01(a) attached hereto (collectively, the "**NewCo Assets**") shall be allocated to and vested in NewCo, without reversion or impairment, further act or deed, or any transfer or assignment having occurred; and

(b) all right, title, and interest in and to the property and assets of the Company, other than those described on Schedule 3.01(a), including those described on Schedule 3.01(b) attached hereto (the "**RemainCo Assets**"), shall be allocated to and remain vested in RemainCo, without reversion or impairment, further act or deed, or any transfer or assignment having occurred.

**4. Allocation of Liabilities.** Without limiting the generality of Section 2(c) above, at the Effective Time, by virtue of the Merger and without any action on the part of RemainCo or NewCo:

(a) the liabilities and obligations of the Company described on Schedule 4.01(a) attached hereto (the "**NewCo Liabilities**") shall be allocated to and vested in NewCo without reversion or impairment, further act or deed, or any transfer or assignment having occurred;

(b) the liabilities and obligations of the Company other than the NewCo Liabilities, including those described on Schedule 4.01(b) attached hereto (the "**RemainCo Liabilities**"), shall be allocated to and remain vested in RemainCo without reversion or impairment, further act or deed, or any transfer or assignment having occurred;

(c) RemainCo shall be the sole obligor for the RemainCo Liabilities, and NewCo shall not be liable for the RemainCo Liabilities; and

(d) NewCo shall be the sole obligor for the NewCo Liabilities, and RemainCo shall not be liable for the NewCo Liabilities.

**5. Organizational Documents.**

(a) The certificate of formation of the Company shall be the certificate of formation of RemainCo at the Effective Time until thereafter duly amended in accordance with the provisions thereof, the Company Bylaws, and applicable law.

(b) The bylaws of the Company shall continue to be the bylaws of RemainCo at the Effective Time until thereafter duly amended in accordance with the provisions thereof and applicable law.

(c) The certificate of formation of NewCo in the form attached hereto as Exhibit B will be filed with the Secretary along with the Certificate of Merger and will become effective at the Effective Time.

(d) The bylaws in the form attached hereto as Exhibit C will be the bylaws of NewCo at the Effective Time until thereafter duly amended in accordance with the provisions thereof and applicable law.

**6. Board and Officers.** At the Effective Time:

(a) the board of NewCo shall consist of Sara Tirschwell as Chair, Scott King, Jeff Sholey, and Gregg Ladele;

(b) the officers of NewCo shall consist of Sara Tirschwell as Chief Executive Officer, Scott King as Chief Legal Officer, Jeff Sholey as Chief Financial Officer, and Gregory Ladele as Chief Medical Officer;

(c) the board of RemainCo shall consist of Abe Goldberger as Chair, David Gefner, and Isaac Lefkowitz; and

(d) the officers of RemainCo shall consist of Abe Goldberger as Chief Executive Officer, David Gefner as Senior Vice President, and Isaac Lefkowitz as Senior Vice President,

in each case until their successors are duly appointed and qualified in the manner provided in the organizational documents of RemainCo or NewCo, as applicable, or as otherwise provided by applicable law.

**7. Employees**. All current employees of the Company as of the Effective Time shall become employees of NewCo.

**8. Effect on Shares.**

(a) **Conversion of Capital Stock of the Company:** At the Effective Time, by virtue of the Merger and without any action on the part of the Company or Valitás Holdings, 100% of the capital stock of the Company shall be converted into: (i) 100% of the capital stock of RemainCo, which shall be owned by Valitás Holdings, and (ii) 100% of the capital stock of NewCo, which shall be owned by Valitás Holdings.

(b) **Dissenting Shares:** The Merger will not create any dissenters' rights or rights of appraisal.

IN WITNESS WHEREOF, this Plan shall be effective as of the date first above written.

**CORIZON HEALTH, INC.**

By: J. Scott King

Name: J. Scott King
Title: SVP and Chief Legal Officer

**Schedule 3.01(a)**

**NEWCO ASSETS**

1. 100% of the membership interests in Corizon Health of New Mexico, LLC (the "**NewCo Sub**").

2. All contracts, agreements and leases of the Company listed on Schedule 3.01(a)(NC) (the "**NewCo Contracts"**).

3. Any and all furniture, fixtures, equipment, inventory and all other assets (whether tangible or intangible) used in, or necessary to, the conduct of the business of the Company, or the service of any NewCo Contracts, excluding any RemainCo Contracts (as defined on Schedule 3.01(b)).

4. All services agreements with any professional corporations or professional associations that correspond to any NewCo Contract.

5. All assets of employee benefits plans of the Company.

6. All cash in the Company's bank accounts, less $1,000,000 to be maintained in the account of Corizon, LLC at Signature Bank, Account No. 1504369087 (the "**Corizon Signature Account**").

7. All bank accounts of the Company, except for the Corizon Signature Account and the account of Corizon Health, Inc. at Signature Bank, Account No. 1504369680 (the "**Company Signature Account**"), both of which shall be allocated to and remain vested in RemainCo as set forth on Schedule 3.01(b).

8. All trademarks, tradenames, domain names, trade secrets and other intellectual property relating to the Company or the NewCo Sub, including those listed on Schedule 3.01(a)(IP).

9. All receivables and other current assets of the Company except to the extent such receivables and other current assets relate to the RemainCo Assets.

10. Copies of all Books and Records of the Company to the extent relating to NewCo Assets or NewCo Liabilities.

11. Any owned real estate asset of the Company.

12. All claims or counterclaims against third parties to the extent relating to NewCo Assets or NewCo Liabilities.

13. All permits and licenses from the following regulatory agencies required or used to conduct the operations of the Company in connection with the NewCo Assets, including permits or

licenses issued by EEOC, OSHA, State Boards of Pharmacy, DEA, NLRB, EPA, State Departments of Insurance, OCR, CLIA and DOL.

14. Except for the Arizona Insurance Policies listed on Schedule 3.01(a)(AZ) ("the **AZ Policies**"), all insurance policies issued to the Company or any of its affiliates and any other insurance policies under which the Company or any of its affiliates are or may be entitled to rights or benefits as a named insured, insured, additional insured, successor, beneficiary or otherwise (the "**NewCo Insurance Policies**"), and all rights to make claims under or in respect of the NewCo Insurance Policies; in each case, except as provided in Schedule 3.01(b) at Paragraphs 9 and 10.

15. Any recovery under the NewCo Insurance Policies of insurance proceeds for any NewCo Liabilities or NewCo Assets, net of any costs of recovery (including any legal fees or expenses), deductibles, retentions, premium adjustments, retroactively rated premiums or other self-insurance features paid by RemainCo, if any.

16. All rights to make claims under or in respect of the AZ Policies except as provided in Schedule 3.01(b) at Paragraph 11.

17. All cash collateral held by AIG for the Company workers' compensation program, which totals approximately $17,500,000 as of the Effective Time.

18. All of the Company's rights and interests in and with respect to Corizon Health Political Action Committee.

[*Remainder of Page Intentionally Left Blank*]

## Schedule 3.01(b)

## REMAINCO ASSETS

1. The Company Signature Account and Corizon Signature Account, which will retain a balance of $1,000,000 of cash at the Effective Time.

2. 100% of the membership interests in the following entities (the "**RemainCo Subs**"):
    a. Corizon Health of Maryland, LLC
    b. Corizon Health of Ohio, LLC
    c. Corizon Health of Alabama, LLC
    d. Corizon Health of Kansas, LLC
    e. PHS Community Care LLC
    f. Corizon Health Clinical Solutions, LLC
    g. Corizon Health of Mississippi, LLC
    h. Corizon Health of Florida, LLC
    i. Corizon Health of Pennsylvania, LLC
    j. Corizon Health of California, LLC
    k. Corizon Health of Virginia, LLC
    l. Corizon Health of Tennessee, LLC
    m. Corizon Health of Maryland, LLC
    n. Corizon Health of Arizona, LLC

3. All former and current contracts of the Company that are not NewCo Contracts, including those listed on Schedule 3.01(b)(RC) (the "**RemainCo Contracts"**).

4. All claims or counterclaims against third parties to the extent relating to RemainCo Assets or RemainCo Liabilities.

5. All receivables and other current assets of the Company to the extent relating to RemainCo Assets.

6. Copies of all Books and Records of the Company to the extent relating to RemainCo Assets or RemainCo Liabilities.

7. All permits and licenses not required or needed to conduct the operations of NewCo or for the NewCo Assets.

8. All assets of the Company not set forth on Schedule 3.01(a).

9. All rights of the Company or any of its affiliates under the NewCo Insurance Policies for coverage and/or defense of claims for RemainCo Liabilities.

10. Any recovery under the NewCo Insurance Policies of insurance proceeds for RemainCo Liabilities, net of any costs of recovery (including any legal fees or expenses), deductibles,

retentions, premium adjustments, retroactively rated premiums or other self-insurance features paid by NewCo, if any.

11. All rights of the Company or any of its affiliates under the AZ Policies for coverage and/or defense of claims for RemainCo Liabilities.

12. Lawsuit against Coverys regarding claim #2021CL11296.

[*Remainder of Page Intentionally Left Blank*]

**<u>Schedule 4.01(a)</u>**

**NEWCO LIABILITIES**

1. The senior secured credit facilities provided pursuant to that certain Third Amended and Restated Credit Agreement, dated as of August 17, 2020, by and among (among others) Valitás Health Services, Inc. and Corizon Health, Inc. as borrowers, and Cortland Capital Market Services LLC, as administrative agent and collateral agent, as heretofore amended, restated, amended and restated, supplemented or otherwise modified, and all liabilities arising therefrom.

2. Any lawsuits, claims, liabilities, costs, expenses or losses arising from, related to, or in connection with the NewCo Contracts, including all lawsuits and claims listed on the attached Schedule 4.01(a)(NL), but excluding any RemainCo Liabilities.

3. Any lawsuits, claims, liabilities, costs, expenses or losses arising from, related to, or in connection with employee benefits plans (including 401k plans and health insurance plans, but excluding any long term incentive plans) of the Company.

4. Any lawsuits, claims, liabilities, costs, expenses or losses arising from, related to, or in connection with the employment of any officers or other employees of NewCo, excluding under any long term incentive plans.

5. All other liabilities and obligations of every kind and character to the extent arising from, related to or in connection with the NewCo Assets, whether arising before, at or after the Effective Time, but excluding any RemainCo Liabilities.

6. All liabilities and obligations under the AZ Policies and NewCo Insurance Policies for deductibles, retentions, premium adjustments, retroactively rated premiums or other self-insurance features incurred or paid on account of any NewCo Liabilities or NewCo Assets.

7. Any settlement payment obligations of the Company relating to lawsuits, claims, liabilities, costs, expenses, relating to or in connection with the NewCo Contracts.

[*Remainder of Page Intentionally Left Blank*]

**Schedule 4.01(a)(NL)**

**NEWCO LAWSUITS AND CLAIMS**

**[see attached]**

**Professional Liability Claims and Lawsuits**

| Claim/Incident# | Inmate | Policy # | Incident Date | Involved Site Description | State | Cause | Docket# | Current Venue |
|---|---|---|---|---|---|---|---|---|
| 2012PL08692 | TEETS, WILLIAM | 679-7138 | 07/21/2012 | POLK COUNTY JAIL (SOUTH)-FL | FL | ORTHOPEDIC | 17-CV-641 | US DIST COURT, MIDDLE DIST OF FL |
| 2013PL11118 | SANCHEZ, FRANCISO | 679-7138 2013 | 07/13/2013 | WYOMING STATE PENITENTIARY | WY | GASTROINTESTINAL | 20-CV-109-J | US Dist Court, Dist of Wyoming |
| 2014PL12693 | CLAY, RANDY | 679-7600 | 10/01/2014 | PASSAIC COUNTY JAIL | NJ | ORTHOPEDIC | 2:17cv00646-ES-MAH | USDC New Jersey |
| 2015PL07172 | IRELAND, GREGG | 679-7914 | 08/24/2015 | CHARLOTTE COUNTY JAIL | FL | MENTAL HEALTH | during August 20172:17-cv-00468-UA-MRM | US Dist Court, Middle Dist of Florida |
| 2015PL08337 | WICHTERMAN, DANIEL | 679-7914 | 01/30/2015 | PHILADELPHIA POLICE ADMIN | PA | MEDICATION RELATEI | 16cv05796 | USDC Eastern PA |
| 2015PL10261 | CARR, FREDERICK | 679-7914 | 10/29/2015 | LEON COUNTY JAIL | FL | MENTAL HEALTH | 2018 CA 001123 | Leon County Circuit Court |
| 2015PL11299 | BROWN, BRYANT | 679-7914 | 07/27/2015 | LEON COUNTY JAIL | FL | NEUROLOGIC | 04:19-cv-00345-MW-CAS | USDC - NORTHERN DISTRICT OF FLORIDA |
| 2016PL07629 | SZAKALOS, DAVID | 4-100092 | 06/03/2016 | CHARLOTTE COUNTY JAIL | FL | MENTAL HEALTH | 18000463CA | Charlotte County Circuit Court |
| 2016PL07705 | LOPEZ, ANTHONY | 4-100092 | 05/04/2016 | DONA ANA COUNTY | NM | ORTHOPEDIC | | |
| 2016PL08461 | CHAPMAN, JON | 4-100092 | 11/16/2016 | WYOMING STATE PENITENTIARY | WY | NEUROLOGIC | CV-17-0075 and 3 board complaints #941 | 2nd Judicial District Court for Carbon County, WY (state case) |
| 2016PL08545 | WOODS, EUGENIA | 4-100092 | 10/12/2016 | LEON COUNTY JAIL | FL | ORTHOPEDIC | 4:19-cv-00356-MW-CASS | US Dist Court, Northern Dist of Florida |
| 2016PL09372 | CHRISTMAS, RICKEY | 4-100092 | 04/21/2016 | POLK COUNTYJAIL-FL | FL | OTHER | 8:17-cv-01183 | USDC Middle District of FL (Tampa) |
| 2016PL09383 | HARRIS, FORREST | 4-100092 | 12/26/2016 | ST. LOUIS CITY CRIMINAL JUSTICE CENTER | MO | MEDICATION RELATEI | 4:17-cv-02617 | USDC Eastern District of MO (St. Louis) |
| 2016PL10035 | BROWN, GARTOR | 4-100092 | 11/18/2016 | PHILADELPHIA CURRAN FROMHOLD FACILITY | PA | FORCE (EXCESSIVE) | 2:17-cv-01138 | USDC Eastern District of PA (Philadelphia) |
| 2016PL10050 | TEETS, WILLIAM | 4-100092 | 04/15/2016 | POLK COUNTY JAIL (SOUTH)-FL | FL | ORTHOPEDIC | 17-CV-641 | US DIST COURT, MIDDLE DIST OF FL |
| 2016PL10161 | LEE, CURTIS | 4-100092 | 06/03/2016 | PHILADELPHIA HOUSE OF CORRECTIONS | PA | ORTHOPEDIC | June 2018-000193 | Philadelphia County CCP |
| 2016PL10299 | ELLISON, RICHARD | 4-100092 | 08/31/2016 | PHILADELPHIA DETENTION CENTER | PA | MENTAL HEALTH | 003213 | Court of Common Pleas of Philadelphia County |
| 2017PL08945 | PHELPS, ERIC | 4-100159 | 04/30/2017 | PRINCE GEORGES COUNTY DETENTION FACILITY | MD | MENTAL HEALTH | CAL20-17232 (2019-187) | Prince George's County Circuit Court (Maryland Health Care |
| 2017PL09047 | NORRED, JENNIFER | 4-100159 | 07/24/2017 | LEON COUNTY JAIL | FL | MENTAL HEALTH | 4:19-cv-00162-MW-MAF | USDC - Northern District of FL - Tallahassee |
| 2017PL09371 | JOHNSON, SHAMIRAH | 4-100159 | 10/30/2017 | POLK COUNTY JAIL (SOUTH)-FL | FL | CARDIAC | 20CA002159 | 10th Judicial Circuit for Polk County, FL |
| 2017PL09460 | TRIPP, ALEX | 4-100159 | 10/31/2017 | RIVERSIDE REGIONAL JAIL - VA | VA | OTHER | | |
| 2017PL09483 | CODY, JAMES | 4-100159 | 05/15/2017 | ST. LOUIS CITY MSI | MO | OTHER | 4:17-cv-02707-NAB | USDC - Eastern District of MO - Eastern Division |
| 2017PL10692 | CHOTHEN, CHRISTOPHER | 4-100159 | 10/16/2017 | POLK COUNTY JAIL (SOUTH)-FL | FL | CARDIAC | | |
| 2017PL10974 | WAMSER, JASON | 4-100159 | 09/15/2017 | WYOMING STATE HONOR FARM | WY | MENTAL HEALTH | 2:20-cv-00173-NDF | US Dist Court, Dist of Wyoming |
| 2017PL11062 | REALI, ANTONIO | 4-100159 | 07/01/2017 | DONA ANA COUNTY | NM | | 2:19-cv-00603-GJF-SMV | US Dist Court, Dist of New Mexico |
| 2018PL09950 | SZYMANSKI, DOUG | 4-453668 | 04/12/2018 | WYOMING HONOR CONSERVATION & BOOT CAMP | WY | SENSORY | 2:18-cv-00084-ABJ | USDC for District of Wyoming |
| 2018PL10004 | JONES, ANDRE | 4-453668 | 05/21/2018 | ST. LOUIS CITY MSI | MO | MENTAL HEALTH | 2022-CC10551 | 22nd Judicial Circuit, City of St. Louis |
| 2018PL10083 | KENNARD, EVAN | 4-453668 | 05/30/2018 | POLK COUNTY JAIL (SOUTH)-FL | FL | INFECTION | 2020-CA-000424 | Circuit Court of 10th Judicial Circuit - Polk County |
| 2018PL10324 | GLEAVES, JONATHAN | 4-453668 | 09/21/2018 | PHILADELPHIA CURRAN FROMHOLD FACILITY | PA | OTHER | 20cv04570 | USDC Eastern PA |
| 2018PL10387 | COBB, DEON | 4-453668 | 09/01/2018 | PRINCE GEORGES COUNTY DETENTION FACILITY | MD | METABOLIC | | |
| 2018PL10754 | STEWART, LEROY | 4-453668 | 03/26/2018 | PRINCE GEORGES COUNTY DETENTION FACILITY | MD | CARDIAC | CAL20-15096 (previously 2020-081) | Circuit Court Prince George's County ( removed from Health Care Alternative Dispute Resolution Office 8/21/20) |
| 2018PL10862 | HELVEY, CHASE | 4-453668 | 03/30/2018 | LEXINGTON-FAYETTE COUNTY DETENTION CENTER | KY | MENTAL HEALTH | 5:19-cv-00136-GFVT | USDC Eastern Kentucky - Lexington |
| 2018PL11070 | TEJADA, JEFFRY | 4-453668 | 07/06/2018 | PHILADELPHIA CURRAN FROMHOLD FACILITY | PA | INFECTION | 19cv05448 | USDC Eastern PA |
| 2018PL11120 | LANHAM, BRYAN | 4-453668 | 05/18/2018 | LEXINGTON-FAYETTE COUNTY DETENTION CENTER | KY | OTHER | 19-CI-01799 | Commonwealth of Kentucky |
| 2018PL11494 | MILLER, STEPHANIE | 4-453668 | 11/14/2018 | CHARLOTTE COUNTY JAIL | FL | INFECTION | 8:21-cv00315-WFJ-JSS | USDC - Middle District of FL |
| 2018PL11852 | ROLLE, DONALD | 4-453668 | 08/01/2018 | WYOMING STATE PENITENTIARY | WY | DENTAL | 1:20-cv-00130-NDF | US Dist Court, Dist of Wyoming |
| 2018PL11863 | THOMPSON, ALFRED | 4-453668 | 11/19/2018 | PHILADELPHIA DETENTION CENTER | PA | INFECTION | 20cv03134 | USDC Eastern PA |
| 2018PL11867 | TAVARES, JONATHAN | 4-453668 | 07/27/2018 | PHILADELPHIA CURRAN FROMHOLD FACILITY | PA | MEDICATION RELATEI | 20cv03640 | USDC Eastern PA |
| 2018PL11907 | PERDUE, PHILLIP | 4-453668 | 07/14/2018 | PHILADELPHIA INDUSTRIAL CENTER | PA | ORTHOPEDIC | 20cv03422 | USDC Eastern PA |
| 2018PL12515 | PATTERSON, FRANK | 4-453668 | 02/05/2018 | WYOMING STATE PENITENTIARY | WY | GENITOURINARY | 21-cv-00153-ABJ | US Dist Court, Dist of Wyoming |
| 2018PL12602 | WHITE, CHRISTINA | 4-453668 | 10/11/2018 | OKALOOSA COUNTY JAIL | FL | ORTHOPEDIC | | |
| 2019PL11099 | CAMPBELL, BERNARD | 4-454719 | 01/01/2019 | WESTERN CORRECTIONAL INSTITUTION-CUMBERLAND | MD | ORTHOPEDIC | 1:19-cv-01173 | USDC District of MD (Baltimore) |
| 2019PL11107 | CANTER, AMBER | 4-454719 | 01/01/2019 | WESTERN CORRECTIONAL INSTITUTION-CUMBERLAND | MD | MENTAL HEALTH | 17cv0908 | USDC Maryland |
| 2019PL11136 | GARCIA, HECTOR | 4-454719 | 08/06/2019 | DONA ANA COUNTY | NM | GASTROINTESTINAL | 2:21-cv-00485-SMV-GJF | USDC, Dist of New Mexico |
| 2019PL11155 | FRANKS, DANIEL | 4-454719 | 08/15/2019 | SHAWNEE COUNTY ADULT DETENTION CENTER | KS | INFECTION | 5:21cv04045 | USDC Kansas |
| 2019PL11187 | BARELA, ZACHARY | 4-454719 | 08/28/2019 | DONA ANA COUNTY | NM | OTHER | | |
| 2019PL11369 | MITCHELL, AMANDA | 4-454719 | 11/08/2019 | LEON COUNTY JAIL | FL | OTHER | 21-CA-001895 | Circuit Court of the 2nd Judicial Circuit For Leon County |
| 2019PL11395 | SMITH-BEY, GERMAINE | 4-454719 | 02/11/2019 | ROXBURY CORRECTIONAL INSTITUTION-HAGERSTOWN | MD | ORTHOPEDIC | 1:19-cv-02375 | USDC District of MD (Baltimore) |
| 2019PL11403 | DAVIDSON, BRYANT | 4-454719 | 02/25/2019 | BALTIMORE CENTRAL BOOKING INTAKE MEN | MD | NEUROLOGIC | 8:19-cv-00885 | USDC District of MD (Greenbelt) |
| 2019PL11406 | DEBLOIS, RICHARD | 4-454719 | 01/01/2019 | DORSEY RUN CORRECTIONAL FACILITY | MD | GENITOURINARY | 20cv01816 (2019-550) | USDC Maryland (Maryland Health Care Alternative Dispute |
| 2019PL11429 | BIRD, CHESTER | 4-454719 | 12/05/2019 | WYOMING MEDIUM CORR INST. (WMCI) | WY | DENTAL | CV-2021-117-DC | Eighth Judicial Dist. For Goshen County |
| 2019PL11653 | SIDDHA, YIMOE | 4-454719 | 08/01/2019 | MARYLAND CORRECTIONAL TRAINING CENTER-HAGERSTOWN | MD | MEDICATION RELATEI | 1:20-cv-00185 | USDC District of Maryland (Baltimore) |
| 2019PL11767 | TORRENCE, DWAYNE | 4-454719 | 05/01/2019 | JESSUP CORRECTIONAL INSTITUTION | MD | MENS/WOMANS HEAL | 20cv1223 | USDC Maryland |
| 2019PL11769 | ROBINSON, SATHRIE | 4-454719 | 01/14/2019 | MARYLAND CORRECTIONAL INSTITUTION-JESSUP | MD | GASTROINTESTINAL | 1:20-cv-01294 | USDC District of MD (Baltimore) |
| 2019PL11779 | WRIGHT-EL, JOHN | 4-454719 | 06/01/2019 | WESTERN CORRECTIONAL INSTITUTION-CUMBERLAND | MD | OTHER | D-121-CV-21-007841 | Allegany County District Court of Maryland |
| 2019PL11857 | CHASE, JABRIEL | 4-454719 | 01/01/2019 | WESTERN CORRECTIONAL INSTITUTION-CUMBERLAND | MD | ORTHOPEDIC | 18cv02182 | USDC Maryland |
| 2019PL11962 | PARKS, SEAN | 4-454719 | 12/12/2019 | ST. LOUIS CITY CRIMINAL JUSTICE CENTER | MO | MENTAL HEALTH | 2022-CC09735 | St. Louis City Circuit Court |
| 2019PL11981 | BROWN, ENRICO | 4-454719 | 07/15/2019 | PRINCE GEORGES COUNTY DETENTION FACILITY | MD | ORTHOPEDIC | 8:20-cv-01087 | USDC District of Maryland (Greenbelt) |
| 2019PL12064 | KELLY, KEITH | 4-454719 | 05/28/2019 | ROXBURY CORRECTIONAL INSTITUTION-HAGERSTOWN | MD | FORCE (EXCESSIVE) | 1:20-cv-02531 | USDC Distict of MD (Baltimore) |
| 2019PL12122 | PHILLIPS, ARTHUR | 4-454719 | 01/01/2019 | NORTH BRANCH CORRECTIONAL INSTITUTION-CUMBERLAND | MD | ORTHOPEDIC | 20cv03692 | USDC Maryland |
| 2019PL12210 | WILLIAMS, OMARI | 4-454719 | 01/01/2019 | MARYLAND CORRECTIONAL TRAINING CENTER-HAGERSTOWN | MD | ORTHOPEDIC | | |
| 2019PL12220 | PRINCE, LIONEL | 4-454719 | 06/27/2019 | MARYLAND CORRECTIONAL TRAINING CENTER-HAGERSTOWN | MD | OTHER | 8:20-cv-00528 | USDC District of MD (Greenbelt) |
| 2019PL12228 | DIXON, JACQUELINE | 4-454719 | 01/01/2019 | RIVERSIDE CORRECTIONAL FACILITY | PA | ORTHOPEDIC | Nov 2021 #0340 (USDC #20cv6515) | Philadelphia County CCP (previously USDC Eastern PA) |
| 2019PL12247 | MADDOX, HERMAN | 4-454719 | 01/08/2019 | EASTERN CORRECTIONAL INSTITUTION | MD | METABOLIC | 21cv00611 (previously 2021-017) | USDC Maryland (previously Maryland HCADRO transferred |
| 2019PL12331 | ANDERSON, TERENCE | 4-454719 | 11/29/2019 | NORTH BRANCH CORRECTIONAL INSTITUTION-CUMBERLAND | MD | FORCE (EXCESSIVE) | 1:21-cv-00683 | USDC District of MD (Baltimore) |
| 2019PL12346 | BECKLES, JULIUS | 4-454719 | 01/01/2019 | MARYLAND CORRECTIONAL INSTITUTION-JESSUP | MD | MEDICATION RELATEI | 8:21-cv-00234 | USDC DIstrict of MD (Greenbelt) |
| 2019PL12347 | PEVIA, DONALD | 4-454719 | 08/01/2019 | NORTH BRANCH CORRECTIONAL INSTITUTION-CUMBERLAND | MD | ORTHOPEDIC | 1:21-cv-00751 | USDC District of MD (Baltimore) |
| 2019PL12365 | HINTON, KENNETH | 4-454719 | 01/28/2019 | MARYLAND CORRECTIONAL TRAINING CENTER-HAGERSTOWN | MD | ORTHOPEDIC | 8:20-cv-01147 | USDC District of MD (Greenbelt) |
| 2019PL12385 | CLARK, DE'ANDRE | 4-454719 | 02/01/2019 | WESTERN CORRECTIONAL INSTITUTION-CUMBERLAND | MD | ORTHOPEDIC | 1:21-cv-00382 | USDC District of MD (Baltimore) |
| 2019PL12418 | DORSEY, TERRY | 4-454719 | 06/01/2019 | NORTH BRANCH CORRECTIONAL INSTITUTION-CUMBERLAND | MD | SENSORY | 1:21-cv-00721 | USDC District of MD (Baltimore) |
| 2019PL12525 | POLLARD, CHARLES | 4-454719 | 07/30/2019 | JESSUP CORRECTIONAL INSTITUTION | MD | MENS/WOMANS HEAL | 1:21-cv-00636 | USDC District of MD (Baltimore) |
| 2019PL12539 | BARNES, JUAN | 4-454719 | 01/01/2019 | NORTH BRANCH CORRECTIONAL INSTITUTION-CUMBERLAND | MD | OTHER | 1:21-cv-01011 | USDC District of MD (Baltimore) |
| 2019PL12548 | HIGHTOWER, RICHARD | 4-454719 | 08/19/2019 | PHILADELPHIA CURRAN FROMHOLD FACILITY | PA | FORCE (EXCESSIVE) | 21cv04075 | USDC Eastern PA |
| 2019PL12554 | DESIMONE, KAMILLE | 4-454719 | 10/10/2019 | OKALOOSA COUNTY JAIL | FL | MENTAL HEALTH | | |

## Schedule 4.01(b)

## REMAINCO LIABILITIES

1. Any lawsuits, claims, liabilities, costs, expenses or losses arising from, related to, or in connection with the RemainCo Contracts or the services provided thereunder whether arising prior to, at or after the Effective Time, including all lawsuits and claims listed on the attached Schedule 4.01(b)(RL).

2. Any deferred payment obligations, lawsuits, claims, liabilities, costs, expenses or losses arising from, related to, or in connection with any employee, contractor or consultant terminated by any Combination Merger Entity prior to the Effective Time, in each case, including severance and similar obligations, except for the Company's obligations under the 401k plan or COBRA health insurance.

3. All obligations under any long term incentive plans of the Company.

4. Any liabilities, costs, expenses or losses arising from, related to, or in connection with any person's or entity's lawsuits or claims in connection with the Merger or related transactions, including any alleged breach of duties by the board or managers of any Combination Merger Entity.

5. (i) all liabilities and obligations of every kind and character to the extent arising from, related to or in connection with the RemainCo Assets, whether arising before, at or after the Effective Time and (ii) all liabilities and obligations of every kind and character owed to any vendor or service provider in connection with any RemainCo Assets or any NewCo Assets, in each case, arising prior to the Effective Time.

6. All liabilities of the Company not set forth on Schedule 4.01(a).

7. All liabilities and obligations under the AZ Policies and NewCo Insurance Policies for deductibles, retentions, premium adjustments, retroactively rated premiums or other self-insurance features incurred or paid on account of any RemainCo Liabilities or RemainCo Assets.

8. Any settlement payment obligations of the Company relating to lawsuits, claims, liabilities, costs, expenses, relating to or in connection with the RemainCo Contracts, including those on Schedule 4.01(b)(SPO).

**Exhibit A**

**CERTIFICATE OF MERGER**

[See attached.]

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697

John B. Scott
Secretary of State

# Office of the Secretary of State

## CERTIFICATE OF MERGER

The undersigned, as Secretary of State of Texas, hereby certifies that a filing instrument merging

Corizon Health, Inc.
Domestic For-Profit Corporation
[File Number: 804544749]

and Creating

CHS TX, Inc.
Domestic For-Profit Corporation
[File Number: 804552857]

has been received in this office and has been found to conform to law.

Accordingly, the undersigned, as Secretary of State, and by the virtue of the authority vested in the secretary by law, hereby issues this certificate evidencing the acceptance and filing of the merger on the date shown below.

Dated: 05/03/2022

Effective: Condition

THE STATE OF TEXAS

John B. Scott
Secretary of State

**<u>Exhibit B</u>**

**CERTIFICATE OF FORMATION OF NEWCO**

[See attached.]

| Form 201<br>(Revised 12/21)<br>Submit in duplicate to:<br>Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>512 463-5555<br><br>Filing Fee: $300 | THE STATE OF TEXAS<br><br>**Certificate of Formation**<br>**For-Profit Corporation** | This space reserved for office use.<br><br>FILED<br>In the Office of the<br>Secretary of State of Texas<br>MAY 03 2021<br>Corporations Section |
|---|---|---|

### Article 1 – Entity Name and Type

The filing entity being formed is a for-profit corporation. The name of the entity is:

CHS TX, Inc.

The name must contain the word "corporation," "company," "incorporated," "limited" or an abbreviation of one of these terms.

### Article 2 – Registered Agent and Registered Office

(See instructions. Select and complete either A or B and complete C.)

☒ A. The initial registered agent is an organization (cannot be entity named above) by the name of:

C T Corporation System

**OR**

☐ B. The initial registered agent is an individual resident of the state whose name is set forth below:

| *First Name* | *M.I.* | *Last Name* | *Suffix* |
|---|---|---|---|

C. The business address of the registered agent and the registered office address is:

| *Street Address* | *City* | *State* | *Zip Code* |
|---|---|---|---|
| 1999 Bryan Street, Suite 900 | Dallas | TX | 75201 |

### Article 3 – Directors

(A minimum of 1 director is required.)

The number of directors constituting the initial board of directors and the names and addresses of the person or persons who are to serve as directors until the first annual meeting of shareholders or until their successors are elected and qualified are as follows:

Director 1

| *First Name* | *M.I.* | *Last Name* | | *Suffix* |
|---|---|---|---|---|
| Sara | | Tirschwell | | |

| *Street or Mailing Address* | *City* | *State* | *Zip Code* | *Country* |
|---|---|---|---|---|
| 205 Powell Place, Suite 104 | Brentwood | TN | 37027 | US |

| Director 2 | | | | | |
|---|---|---|---|---|---|
| Scott | | King | | | |
| *First Name* | *M.I.* | *Last Name* | | | *Suffix* |
| 205 Powell Place, Suite 104 | Brentwood | | TN | 37027 | US |
| *Street or Mailing Address* | *City* | | *State* | *Zip Code* | *Country* |

| Director 3 | | | | | |
|---|---|---|---|---|---|
| Jeff | | Sholey | | | |
| *First Name* | *M.I.* | *Last Name* | | | *Suffix* |
| 205 Powell Place, Suite 104 | Brentwood | | TN | 37027 | US |
| *Street or Mailing Address* | *City* | | *State* | *Zip Code* | *Country* |

## Article 4 – Authorized Shares

(Provide the number of shares in the space below, then select option A or option B, do not select both.)

The total number of shares the corporation is authorized to issue is: 15,000

☒ A. The par value of each of the authorized shares is: $0.001

**OR**

☐ B. The shares shall have no par value.

If the shares are to be divided into classes, you must set forth the designation of each class, the number of shares of each class, the par value (or statement of no par value), and the preferences, limitations, and relative rights of each class in the space provided for supplemental information on this form.

## Article 5 – Purpose

The purpose for which the corporation is formed is for the transaction of any and all lawful business for which a for-profit corporation may be organized under the Texas Business Organizations Code.

## Initial Mailing Address

(Provide the mailing address to which state franchise tax correspondence should be sent.)

| 205 Powell Place, Suite 104 | Brentwood | TN | 37027 | US |
|---|---|---|---|---|
| *Mailing Address* | *City* | *State* | *Zip Code* | *Country* |

## Supplemental Provisions/Information

The following supplements shall apply to this Certificate of Formation:

Supplement to Article 1:
As required by Section 3.005 of the Texas Business Organizations Code, CHS TX, Inc. is being formed under a plan of merger of Corizon Health, Inc., a Texas corporation (the "Merging Entity") pursuant to Section 3.006 and Chapter 10 of the TBOC. The address of the principal place of business of the Merging Entity is 205 Powell Place, Suite 104, Brentwood, TN 37027. The date of formation of the Merging Entity is April 28, 2022.

Supplement to Article 3:
CHS TX, Inc. shall have four directors upon formation, the three directors listed in Article 3 above plus the following individual as the fourth director:

Gregg Ladele
205 Powell Place, Suite 104
Brentwood, TN 37027

**Organizer**

The name and address of the organizer:

Sara Tirschwell
*Name*

| 205 Powell Place, Suite 104 | Brentwood | TN | 37027 |
|---|---|---|---|
| *Street or Mailing Address* | *City* | *State* | *Zip Code* |

**Effectiveness of Filing** (Select either A, B, or C.)

A. ☐ This document becomes effective when the document is filed by the secretary of state.

B. ☐ This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing. The delayed effective date is: ______

C. ☒ This document takes effect upon the occurrence of a future event or fact, other than the passage of time. The 90th day after the date of signing is: July 31, 2022

The following event or fact will cause the document to take effect in the manner described below:

This Certificate of Formation shall take effect immediately following the effective time of the Form 622 Certificate of Merger filed with the Texas Secretary of State, which effectuates a merger among Corizon Health, Inc., Valitás Health Services, Inc., Corizon Health of New Jersey, LLC and Corizon, LLC.

**Execution**

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned also affirms that, to the best knowledge of the undersigned, the name provided as the name of the filing entity does not falsely imply an affiliation with a governmental entity. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized to execute the filing instrument.

Date: May 2, 2022

Signature of organizer