Taft/

LAW OFFICES
TAFT STETTINIUS & HOLLISTER LLP
2555 EAST CAMELBACK ROAD, SUITE 1050
PHOENIX, AZ 85016
TELEPHONE: 602.240.3000
FACSIMILE: 602.240.6600

Craig A. Morgan (NM Bar No. 165222)
cmorgan@taftlaw.com
*Attorneys for Defendants Yitzchak Lefkowitz and Perigrove 1018, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW MEXICO**

| | |
|---|---|
| Hector Garcia Jr., as Personal Representative to the Estate of Hector Garcia,<br><br>Plaintiff,<br><br>v.<br><br>CHS TX Inc., as Successor in interest to Corizon Health, Inc., et al.,<br><br>Defendants. | Case No. 2:21-cv-00485-WJ/GJF<br><br>**DEFENDANT PERIGROVE 1018, LLC'S CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Defendant Perigrove 1018, LLC ("Perigrove"), in compliance with the provisions of: (*check one*)

_✓_ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

____ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

____ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).1

**The filing party hereby declares as follows:**

__✓__ No such corporation.

_____ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

____ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

Other (please explain)

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Respectfully submitted this August 10, 2026.

TAFT STETTINIUS & HOLLISTER LLP

By: /s/ *Craig A. Morgan*
Craig A. Morgan
2555 E. Camelback Rd, Suite 1050
Phoenix, AZ 85016
*Attorneys for Defendants Yitzchak Lefkowitz and Perigrove 1018, LLC*

Taft/

Taft/

**CERTIFICATE OF SERVICE**

I hereby certify that on this August 10, 2026 a true copy of the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

.

*/s/Ella Meshke*
Ella Meshke

302235087v1