**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

HECTOR GARCIA JR., as Personal Representative
To the Estate of HECTOR GARCIA,

Plaintiff,

v. 2:21-cv-00485-DHU-GJF

CHS TX, Inc., as Successor in Interest to CORIZON HEALTH, INC.,
VERONICA SALAZAR, CHRISTI BENNETT,
MELISSA GARCIA, GLADYS HERNANDEZ,
HEATHER BARELA, EDUARDO BERUMEN,
PERIGROVE 1018, and ISSAC LEFKOWITZ,

Defendants.

**AFFIDAVIT OF MARIA E. TOUCHET**

Upon my oath, I, Maria E. Touchet, a licensed attorney in the State of New Mexico, do hereby state that the following facts are true and accurate to the best of my knowledge:

1. I am over the age of eighteen (18) and am competent to testify as to the matters set forth herein.
2. I was Plaintiff's counsel in the case captioned *Vincent Ward as Personal Representative of the Estate of Leon Casiquito, deceased v. Corizon Health of New Mexico, LLC,* Case No. D-202-CV-2022-00473, which was venued in the Second Judicial District, Bernalillo County, NM.
3. On January 24, 2025, the parties attended a mediation with retired New Mexico Federal Magistrate Judge William P. Lynch.
4. The mediation was conducted in New Mexico via Zoom.
5. Paul Yarborough and Craig Sargent appeared via Zoom as counsel for Defendant Corizon Health of New Mexico, LLC.
6. Also in attendance via Zoom were Jennifer Finger, Assistant General Counsel for Corizon, and Britt Herron, Senior Litigation Manager for Corizon.
7. Isaac Lefkowitz attended the mediation via Zoom. He was represented as the "Principal of Defendant," and as the individual with ultimate settlement authority for the case.
8. The case did not settle at mediation but settled shortly thereafter.
9. The parties agreed upon a payment plan for the settlement amount. A portion of the settlement was paid as agreed, but then Defendant failed to make all payments as set forth in the settlement agreement.

**EXHIBIT 1**

10. The parties ultimately had to litigate in Federal Bankruptcy Court in the Southern District of Texas and then back in the Second Judicial District in New Mexico to obtain the full agreed-upon settlement amount. The settlement was delayed for nearly a year.
11. Corizon Health of New Mexico, LLC had bankruptcy counsel in the Southern District of Texas, Adam Masin.
12. Mr. Masin communicated to me that Mr. Lefkowitz was the individual with the authority to "push a button" to approve the settlement payment to my client.

FURTHER AFFIANT SAYETH NOT.

Maria E. Touchet

SUBSCRIBED AND SWORN TO this 19th day of August 2026 by Aleena Lopez

ALEENA LOPEZ
Notary Public
State of New Mexico
Comm. # 2003695
My Comm. Exp. Jul 15, 2028

Notary Public

My Commission Expires:
July 15th 2028