EXHIBIT
31

**EQUITY PURCHASE AND SALE AGREEMENT**

THIS EQUITY PURCHASE AND SALE AGREEMENT (this “**Agreement**”) is entered into as of May 5, 2022 by and between Valitás Intermediate Holdings, Inc., a Delaware corporation (“**Seller**”), and YesCare Corp., a Texas corporation (“**Purchaser**”).

WHEREAS, upon the terms and subject to the conditions contained herein, Purchaser desires to purchase from Seller, and Seller desires to sell to Purchaser, 100% of Seller’s shares of capital stock (the “**Purchased Shares**”) in CHS TX, Inc., a Texas corporation (the “**Company**”);

WHEREAS, as consideration for the acquisition of the Purchased Shares, Purchaser desires to assume all of Seller’s rights, obligations, and liabilities under that certain Third Amended and Restated Credit Agreement, dated as of August 17, 2020 by and between Valitás Health Services, Inc., a Texas corporation, Corizon, LLC, a Missouri limited liability company and Corizon Health, Inc., a Texas corporation, as borrowers, Seller, Cortland Capital Market Services LLC, as Administrative Agent (the “**Agent**”), and each of the Lenders and the lenders party thereto (as amended by the First Amendment, dated as of July 12, 2021, the Second Amendment, dated as of July 12, 2021, the Third Amendment, dated as of September 30, 2021 and the Fourth Amendment and Waiver, dated as of April 29, 2022, the “**Credit Agreement**”); and

WHEREAS, on the date hereof, concurrently with the execution of this Agreement, the Company, Seller, Purchaser and Agent have entered into that certain Fifth Amendment, Assignment, Assumption, Waiver and Release to Third Amended And Restated Credit Agreement (the “**Fifth Amendment**”), pursuant to which, among other things, Purchaser is assuming and Seller is assigning, all of the rights, obligations and liabilities of Seller under the Credit Agreement and the other Loan Documents (as defined in the Credit Agreement).

AGREEMENT

NOW, THEREFORE, in consideration of the promises and the mutual benefits to be derived from this Agreement and the covenants and agreements contained herein, the receipt and sufficiency of which are hereby acknowledged, the parties hereto, intending to be legally bound, hereby agree as follows:

**Section 1. Purchase and Sale**

1.1 Purchase and Sale of Shares. Subject to the terms and conditions set forth herein, on the Effective Date (defined below), Purchaser shall acquire from Seller, and Seller shall sell, assign, transfer and deliver to Purchaser, free and clear of all liens, the Purchased Shares for (i) an aggregate cash purchase price equal to $100.00 *plus* (ii) the assumption of all rights, obligations and liabilities of Seller under the Credit Agreement pursuant to the Fifth Amendment.

1.2 “As-Is, Where-Is”. The purchase and sale contemplated by this Agreement is on an “as-is, where-is” basis and Seller makes no representations or warranties whatsoever.

**EXHIBIT 2**

**Section 2. Miscellaneous**

2.1 Governing Law; Forum. This Agreement shall be governed by and construed in accordance with the laws of the State of Texas without regard to principles of conflicts of laws otherwise applicable to such determinations. All disputes arising under or related to this Agreement shall be within the jurisdiction of, and be brought exclusively in, the federal or state courts of Texas.

2.2 Severability. If any term, provision, or condition of this Agreement, or any application thereof, is held invalid, illegal, or unenforceable in any respect under any law, this Agreement shall be reformed to the extent necessary to conform, in each case consistent with the intention of the Company, to such law, and to the extent such term, provision, or condition cannot be so reformed, then such term, provision, or condition (or such invalid, illegal, or unenforceable application thereof) shall be deemed deleted from (or prohibited under) this Agreement, as the case may be, and the validity, legality, and enforceability of the remaining terms, provisions, and conditions contained herein (and any other application of such term, provision, or condition) shall not in any way be affected or impaired thereby.

2.3 Further Assurances. Each of the parties hereto hereby agrees that at any time, or from time to time, as and when requested by another party hereto, or by their successors and assigns, it will execute and deliver any additional documents and instruments and perform any additional acts necessary or appropriate to effectuate the provisions of this Agreement in accordance with the terms set forth herein.

2.4 Conditions to Effectiveness. This Agreement shall become effective as of the first date on which all of the following conditions shall have occurred (such date, the "**Effective Date**"): (i) this Agreement shall have been duly executed and delivered by Seller and Purchaser; (ii) the Fifth Amendment Effective Date (as defined in the Fifth Amendment) shall have occurred; and (iii) the effectiveness of the Equity Purchase and Sale Agreement, dated as of the date hereof, by and between Sara Tirschwell as seller and YesCare Holdings, LLC as purchaser.

* * *

IN WITNESS WHEREOF, the parties hereto have duly executed this Equity Purchase and Sale Agreement as of the date first above written.

**PURCHASER:**

**YESCARE CORP.**

By: ______________________________
Name: Sarah Tirschwell
Title: President

**SELLER:**

**VALITÁS INTERMEDIATE HOLDINGS, INC.**

By:______________________________
Name:
Title:

IN WITNESS WHEREOF, the parties hereto have duly executed this Equity Purchase and Sale Agreement as of the date first above written.

**PURCHASER:**

**YESCARE CORP.**

By:____________________________
Name:
Title:

**SELLER:**

**VALITÁS INTERMEDIATE HOLDINGS, INC.**

By: ____________________________
Name: Isaac Lefkowitz
Title: