IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HECTOR GARCIA, JR., as Personal Representative of the Estate of HECTOR GARCIA,

Plaintiff,

vs. No. 2:21-cv-00485-DHU/GJF

CORIZON HEALTH, INC., WARDEN VINCE POKLUDA, VERONICA SALAZAR, CHRISTI BENNETT, MELISSA GARCIA, GLADYS HERNANDEZ, HEATHER BARELA, and EDUARDO BERUMEN,

Defendants.

DEPOSITION OF HEATHER BARELA
October 20, 2022
9:04 AM
340 North Water Street
Las Cruces, New Mexico 88001

PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE this deposition was:

TAKEN BY: MATTHEW E. COYTE
ATTORNEY FOR PLAINTIFF

REPORTED BY: Veronica P. Bylicki, RPR, CCR
NM CCR #547
RUSSIN REPORTING, LLC
340 N. Water Street
Las Cruces, New Mexico 88001



A P P E A R A N C E S

For the Plaintiff:
COYTE LAW, P.C.
3800 Osuna Road, NE
Suite 2
Albuquerque, New Mexico 87109
BY: MATTHEW E. COYTE
(505) 244-3030
mcoyte@me.com

For the Defendants:

SCOTT HULSE, P.C.
200 North Church Street
Suite 201
Las Cruces, New Mexico 88001
BY: HENRY J. PAOLI
(575) 522-0765
hpao@scotthulse.com

Also Present:
Katherine Drozek



I N D E X

| | Page |
|---|---|
| EXAMINATION OF HEATHER BARELA | |
| By Mr. Coyte | 4 |
| WITNESS CORRECTION/SIGNATURE PAGE | 218 |
| REPORTER'S CERTIFICATE | 219 |

| EXHIBITS | MARKED/IDENTIFIED |
|---|---|
| 1. Medical File | 19 |
| 2. PHS Intake Receiving and Screening | 22 |
| 3. Corizon PowerPoint Training | 67 |
| 4. Corizon Health Site Staff Orientation | 79 |
| 5. DA County Detention Center Incident Report | 113 |
| 6. Videos, Areas 1-7 | 146 |



HEATHER BARELA
after having been first duly sworn under oath was questioned and testified as follows:
EXAMINATION
BY MR. COYTE:
Q. Good morning.
A. Good morning.
Q. Could you introduce yourself for the record, please?
A. My name is Heather Barela.
Q. And, Heather, I know you've been deposed once before because we did it a few weeks ago.
A. Yes.
Q. Have you had another deposition since then?
A. No.
Q. And for this particular deposition today, have you read anything or prepared in any way?
A. Just with Henry.
Q. What materials have you read or seen in preparation --
A. Just my chart notes and seeing some of the video footage.
Q. Did you look at the whole medical file for him or just the bits you are involved in it?
A. Just the bits that I was involved in.



EXHIBIT 3

Q. To what?
A. Regional vice president or -- yeah.
Q. For Corizon?
A. YesCare.
Q. That's right. So Corizon has changed its name again?
A. Yes.
Q. Other than the change of name, has there been any change in the way people run the jail from a medical standpoint?
A. No.
Q. So the Corizon name change is just a name change, as far as you're concerned?
MR. PAOLI: Object to form.
A. Yes.
Q. (BY MR. COYTE) So Jason Duran has been promoted to a more regional level?
A. Yes.
Q. That means he doesn't work in the jail anymore?
A. Not on a daily -- he's not involved in day-to-day operations. He's available for contact.
Q. And you have taken his job?
A. Yes.
Q. The people who -- we deposed Veronica Salazar yesterday.



Do you know her?
A. Yes.
Q. She had worked at that jail for some ten years and was not promoted, as I could understand, to the sort of roles that you were given opportunity to take.
Is there a reason for that that you might know?
MR. PAOLI: Object to form.
A. That would be based off of her own choice, if she wanted to apply for a position. Not every nurse chooses to go into a leadership role.
Q. (BY MR. COYTE) And the other nurses who have worked there longer than you, currently still working there, and now you're their boss?
A. Yes.
Q. Who would they be?
A. There's several nurses who have been there.
Q. The ones I might be interested in are the ones that appear in the medical record for this case.
Do you know of any of those individuals?
A. That were on there that are still working for YesCare and have been there longer than me?
Q. Yes.
A. No.
Q. And we were talking earlier about reviewing records and some videotapes in this particular case



with Hector Garcia.
A. Yes.
Q. What are your thoughts having reviewed those materials in preparation for this deposition?
MR. PAOLI: Object to form.
A. I'm not -- what are you referring to specifically?
Q. (BY MR. COYTE) Any thoughts that came to your mind after reviewing that material?
MR. PAOLI: Object to form.
A. No.
Q. (BY MR. COYTE) So today -- when was this, by the way, that you reviewed these materials?
A. I looked at them yesterday.
Q. So yesterday you saw these materials, and today you could think of nothing that strikes you as worthy of comment today?
MR. PAOLI: Object to form.
A. Not specifically, no.
Q. (BY MR. COYTE) So when you looked at the records, were you interested in seeing if the care was appropriate for Mr. Garcia?
A. Yes. I wanted to make sure that I -- that my recollection of what happened that day and looking at the video compared to what I remember happening and my



notes. That all was -- my recollection was correct and everything seemed to be in line with what I remembered from happening.
Q. Okay. So reviewing your notes and looking at the video, you are comfortable in thinking what you remember is what happened?
A. Yes.
Q. That's not quite what I'm asking.
I'm asking if you had any sense of whether his care was appropriate, inappropriate, whether things could have been done better. It seems to me that if you have a patient who dies in the facility and you're looking back at the records, you might be curious about some of those issues.
MR. PAOLI: Object to form.
A. I believe that I treated the patient -- and I could only comment on the care that I gave to the patient and know what I did. And I feel like I did what I thought was right for the patient at the time.
Q. (BY MR. COYTE) Well, you're a leader, right?
A. Yes.
Q. Now you're a health services administrator?
A. Yes.
Q. So surely your thoughts on these matters should expand beyond your own role?

Page 217

nursing care facility?
A. Yes.
Q. Have you personally instituted any changes in the way nursing is provided in this institution as a result of Hector's death?
MR. PAOLI: Object to form.
A. Nothing specifically, no.
MR. COYTE: I pass the witness.
MR. PAOLI: I will reserve all my questions until the time of trial. Thank you.
The witness will want to read and sign.
[The deposition was concluded at 3:35 PM.]
* * * * * * *

Page 218

Hector Garcia, Jr., vs. Corizon Health

DEPONENT SIGNATURE/CORRECTION PAGE

If there are any typographical errors to your deposition, indicate them below.

PAGE LINE

________________________ Change to__________________
________________________ Change to__________________
________________________ Change to__________________
________________________ Change to__________________

Any other changes to your deposition are to be listed below with a statement as to the reason for such change.

PAGE LINE CORRECTION REASON FOR CHANGE

I, HEATHER BARELA, do hereby certify that I have read the foregoing pages of my testimony as transcribed, and that the same is a true and correct transcript of the testimony given by me in this deposition, except for the changes made.

_____________ _____________________________
Date Signed HEATHER BARELA

Page 219

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HECTOR GARCIA, JR., as Personal Representative of the Estate of HECTOR GARCIA,
Plaintiff,
vs. No. 2:21-cv-00485-DHU/GJF
CORIZON HEALTH, INC., WARDEN VINCE POKLUDA, VERONICA SALAZAR, CHRISTI BENNETT, MELISSA GARCIA, GLADYS HERNANDEZ, HEATHER BARELA, and EDUARDO BERUMEN,
Defendants.

CERTIFICATE OF COMPLETION OF DEPOSITION

I, Veronica P. Bylicki, RPR, CCR #547, DO HEREBY CERTIFY that on October 20, 2022, the deposition of HEATHER BARELA was taken before me at the request of, and sealed original thereof retained by:

MATTHEW E. COYTE
Attorney for Plaintiff
3800 Osuna Road, NE
Suite 2
Albuquerque, New Mexico 87109

I FURTHER CERTIFY that copies of this certificate have been mailed or delivered to all counsel, and parties to the proceedings not represented by counsel, appearing at the taking of the deposition.

I FURTHER CERTIFY that examination of this transcript and signature of the witness was requested by the witness and all parties present. On November 29, 2022, a letter was electronically delivered to HENRY J. PAOLI regarding obtaining signature of the witness; and corrections, if any, were appended to the original and each copy of the deposition.

Page 220

I FURTHER CERTIFY that the cost of the original and one copy of the deposition, including exhibits, to MATTHEW E. COYTE is $_____________.

I FURTHER CERTIFY that I did administer the oath to the witness herein prior to the taking of this deposition; that I did thereafter report in stenographic shorthand the questions and answers set forth herein, and the foregoing is a true and correct transcript of the proceeding had upon the taking of this deposition to the best of my ability.

I FURTHER CERTIFY that I am neither employed by nor related to nor contracted with (unless excepted by the rules) any of the parties or attorneys in this case, and that I have no interest whatsoever in the final disposition of this case in any court.

______________________________
Veronica P. Bylicki, RPR, CCR
Certified Court Reporter #547
License Expires: 12/31/2022