# CONTRACT, LEASE, AGREEMENT CONTROL FORM

| | |
|---|---|
| Date: | 07/19/2022 |
| Contract/Lease Control #: | C19-2848-COR |
| Procurement#: | RFP PS 47-19 |
| Contract/Lease Type: | CONTRACT |
| Award To/Lessee: | CHS TX, INC. D/B/A YESCARE |
| Owner/Lessor: | OKALOOSA COUNTY |
| Effective Date: | 10/01/2019 |
| Expiration Date: | 09/30/2022 W/2 1 YR RENEWALS |
| Description of: | INMATE MEDICAL SERVICES |
| Department: | COR |
| Department Monitor: | NOLAN WEEKS III |
| Monitor's Telephone #: | 850-689-5763 |
| Monitor's FAX # or E-mail: | NWEEKS@MYOKALOOSA.COM |
| Closed: | |

Cc: BCC RECORDS

**EXHIBIT 4**

DocuSign Envelope ID: 12550D78-BE42-47AD-ACD8-33E56B505886

**FIRST AMENDMENT TO THE AGREEMENT BETWEEN OKALOOSA COUNTY, FLORIDA AND CHS TX, INC. D/B/A YESCARE CONTRACT NO. C19-2848-COR**

This First Amendment to the Agreement between Okaloosa County, a political subdivision of the State of Florida (the "County"), and CHS TX, Inc. d/b/a YesCare, executed this 19th day of July, 2022, is made a part of the original Agreement dated October 1, 2019, Contract No. C19-2848-COR (the "original Agreement"), incorporated herein by reference. The parties hereby agree as follows:

1. The party providing health care services under the original Agreement was Corizon Health, Inc. until May 5, 2022, when, as a result of certain merger transaction, the original Agreement became vested in CHS TX, Inc. d/b/a YesCare. Therefore, CHS TX, Inc. d/b/a YesCare is a successor by merger to the rights and obligations of Corizon Health, Inc. under the original Agreement.

2. **OTHER PROVISIONS REMAIN IN EFFECT.** Except as specifically modified herein, all terms and conditions of the original Agreement between the parties, dated October 1, 2019 and any amendments thereto, shall remain in full force and effect.

3. **CONFLICTING PROVISIONS.** The terms, statements, requirements, or provisions contained in this Amendment shall prevail and be given superior effect and priority over any conflicting or inconsistent terms, statements, requirements or provisions contained in any other document or attachment.

**(Remainder of Page Intentionally Left Blank)**

**CONTRACT #: C19-2848-COR**
**CHS TX, INC. D/B/A YESCARE**
**INMATE MEDICAL SERVICES**
**EXPIRES: 09/30/2022 W/2 1 YR RENEWALS**

DocuSign Envelope ID: 12550D78-BE42-47AD-ACD8-33E56B505886

**IN WITNESS WHEREOF**, the parties hereto have executed this Amendment on the day and year first written above.

**CHS TX, LLC D/B/A YESCARE**

DocuSigned by:
Sholey, Jeff
B895FC8CF9264AC

Signature

Jeffrey Sholey

Print Name

BY: DocuSigned by: Jennifer Finger
35FF9593D3D74C6

**ATTEST:**

For J.D. Peacock II, Clerk of Courts

**OKALOOSA COUNTY, FLORIDA**

BY: Mel Ponder, Chairman

BOARD OF COUNTY COMMISSIONERS SEAL OF OKALOOSA COUNTY, FLORIDA

CLERK CIRCUIT COURT SUUM CUIQUE OKALOOSA COUNTY, FLORIDA



Contract No. C19-2848-COR

# PROCUREMENT/CONTRACT/LEASE
# INTERNAL COORDINATION SHEET

Procurement/Contract/Lease Number: C19-2848-COR Tracking Number: 4634-22

Procurement/Contractor/Lessee Name: Yes Care Grant Funded: YES___ NO X

Purpose: name change amendment 1st

Date/Term: 9-30-22 w/renewals

1. ☒ GREATER THAN $100,000

Department #: ______________

2. ☐ GREATER THAN $50,000

Account #: ______________

3. ☐ $50,000 OR LESS

Amount: ______________

Department: COR Dept. Monitor Name: Esmond

***Purchasing Review***

Procurement or Contract/Lease requirements are met:

DeRita Mason

Purchasing Manager or designee Jeff Hyde, DeRita Mason, Jesica Darr, Angela Etheridge

Date: 6-10-22

***2CFR Compliance Review*** *(if required)*

Approved as written: no federal funds

Grant Name: ______________

Grants Coordinator Suzanne Ulloa

Date: ______________

***Risk Management Review***

Approved as written: see email attached

Risk Manager or designee Kristina LoFria

Date: 6-13-22

***County Attorney Review***

Approved as written: see email attached

County Attorney Lynn Hoshihara, Kerry Parsons or Designee

Date: 6-16-22

***Department Funding Review***

Approved as written: ______________

Date: ______________

***IT Review (if applicable)***

Approved as written: ______________

Date: ______________

Revised September 22, 2020

**DeRita Mason**

---

**From:** Lynn Hoshihara
**Sent:** Thursday, June 16, 2022 12:43 PM
**To:** DeRita Mason
**Cc:** Kristina LoFria; Eric Esmond
**Subject:** Re: YesCare Invoices
**Attachments:** C19-2848-PS amendment 6.16.22.docx

DeRita,

With the attached changes, this is approved.

Lynn

Lynn M. Hoshihara
County Attorney
Okaloosa County, Florida

Please note: Due to Florida's very broad public records laws, most written communications to or from County employees regarding County business are public records, available to the public and media upon request. Therefore, this written e-mail communication, including your e-mail address, may be subject to public disclosure.

---

**From:** DeRita Mason
**Sent:** Friday, June 10, 2022 4:30 PM
**To:** Lynn Hoshihara
**Cc:** Kristina LoFria; Eric Esmond
**Subject:** FW: YesCare Invoices

Good afternoon,
Lynn, please review the attached as per our discussion. Also, I ran their FEIN number and didn't see them registered as to do business in Florida. I will reach out to them to get that started.

Kristina,
Do we need an updated COI with the new vendor's name?

Thank you,

DeRita Mason

**DeRita Mason**

---

**From:** Kristina LoFria
**Sent:** Monday, June 13, 2022 3:34 PM
**To:** DeRita Mason
**Subject:** RE: YesCare Invoices

DeRita,

Good afternoon, yes, this would require a new COI with the name change on it.

Thank You

*Kristy Lofria*
Okaloosa County BOCC-Risk Management-
Safety Coordinator
302 N Wilson St Suite 301
Crestview, Florida 32536
klofria@myokaloosa.com
850-689-5979

For all things Wellness please visit:
http://www.myokaloosa.com/wellness

**"When the winds of adversity blow against your boat, just adjust your sail."**

**"Don't aim for success if you want it; just do what you love and believe in, and it will come naturally." David Frost**

Please note: Due to Florida's very broad public records laws, most written communications to or from county employees regarding county business are public records, available to the public and media upon request. Therefore, this written e-mail communication, including your e-mail address, may be subject to public disclosure.

---

**From:** DeRita Mason <dmason@myokaloosa.com>
**Sent:** Friday, June 10, 2022 3:30 PM
**To:** Lynn Hoshihara <lhoshihara@myokaloosa.com>
**Cc:** Kristina LoFria <klofria@myokaloosa.com>; Eric Esmond <eesmond@myokaloosa.com>
**Subject:** FW: YesCare Invoices

Good afternoon,

C19-2848-COK

**DeRita Mason**

| | |
|---|---|
| **From:** | Eric Esmond |
| **Sent:** | Thursday, June 2, 2022 9:58 AM |
| **To:** | DeRita Mason; Jeffrey Hyde; Lynn Hoshihara NGN-Tally |
| **Subject:** | FW: YesCare Invoices |

Good Morning All.

With regard to the change in our Inmate Medical Services Vendor's name, please see below.

If there is anything additional needed, please advise at your convenience(s).

Stay well.

Eric

**C. Eric Esmond, MS**
**Corrections Director|Chief Correctional Officer**
**Department of Corrections (Jail)**
**Okaloosa Board of County Commissioners**
**Office: (850) 689-5685**
**Cellular: (850) 826-1708**

**Please note: Due to Florida's very broad public records laws, most written communications to or from County employees regarding County business are public records, available to the public and media upon request. Therefore, this written e-mail communication, including your e-mail address, may be subject to public disclosure.**

---

**From:** Davies, Karen <Karen.Davies@Yescarecorp.com>
**Sent:** Thursday, June 2, 2022 9:27 AM
**To:** Eric Esmond <eesmond@myokaloosa.com>; Eric Esmond <eesmond@myokaloosa.com>
**Cc:** Mangarella, Paula <Paula.Mangarella@Yescarecorp.com>
**Subject:** YesCare Invoices

Chief Esmond,
Great to see you yesterday. So sorry I had to run. I will be back for a visit and lunch at Wild Olive soon. As a follow-up to our announcement on our name change:

- YesCare acquired all the active business of Corizon. As part of this acquisition, your contract with Corizon is now vested with CHS TX, LLC ("CHS"), and a wholly owned subsidiary of YesCare.
- There are no operational changes related to this transaction. Staff, P&P, contract structures, etc. will all remain the same.
- Under our new ownership, we are, for the first time, under the ownership of a healthcare corporation- a structure unique in the industry. This affords our re-branded organization with
  - ownership that understands the delivery of healthcare;
  - backing of a large healthcare conglomerate with multitudes of resources for us to leverage; and
  - strong financial and leadership stability.
- To ensure that payments under the contract continue without interruption, we will be providing you with CHS' FEIN (tax id number) and a W-9 form as part of our next invoice. There will be no change in bank account information at this time, however, that may be updated in the future.
- Because CHS was split from Corizon through a merger transaction, your contract has not been assigned or transferred and no other action with respect to the contract is necessary.
- Any future contracts amendments we will want to reflect that CHS is the successor contracting entity because of the merger transaction.
- The full force of our corporate office remains at your service for any additional information or clarification that you may need.

Please forward to any one from your team that would need this information and if there are any questions, feel free to reach out to me. Many thanks.

**Karen Davies, RN, BSN, CCHP**
Senior Vice President, Community Operations
Phone: 954-649-3043
Karen.davies@yescarecorp.com

GREEN BELT CERTIFIED
GOLEANSIXSIGMA.COM/VERIFY

YesCare
Say Yes To Exceptional Care

www.yescarecorp.com

Facebook | Twitter | YouTube | LinkedIn
**S**afety, **M**otivation, **A**ccountability, **R**espect, **T**eamwork

Administrative Assistant: Melissa Wardell
Phone: 941-708-6799

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Form **W-9** (Rev. October 2018) Department of the Treasury Internal Revenue Service

# Request for Taxpayer Identification Number and Certification

▶ Go to *www.irs.gov/FormW9* for instructions and the latest information.

**Give Form to the requester. Do not send to the IRS.**

Print or type. See Specific Instructions on page 3.

1 Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.
CHS TX, Inc.

2 Business name/disregarded entity name, if different from above

3 Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

☐ Individual/sole proprietor or single-member LLC ☑ C Corporation ☐ S Corporation ☐ Partnership ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ ______

**Note:** Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

4 Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) ______

Exemption from FATCA reporting code (if any) ______

*(Applies to accounts maintained outside the U.S.)*

5 Address (number, street, and apt. or suite no.) See instructions.
205 Powell Place

Requester's name and address (optional)

6 City, state, and ZIP code
Brentwood, TN 37027

7 List account number(s) here (optional)

## Part I Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

**Social security number**

☐☐☐ – ☐☐ – ☐☐☐☐

or

**Employer identification number**

8 8 – 2 2 7 5 8 8 6

## Part II Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here** Signature of U.S. person ▶ Datina Lewis Date ▶ 6/2/2022

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

- Form 1099-INT (interest earned or paid)
- Form 1099-DIV (dividends, including those from stocks or mutual funds)
- Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)
- Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)
- Form 1099-S (proceeds from real estate transactions)
- Form 1099-K (merchant card and third party network transactions)
- Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)
- Form 1099-C (canceled debt)
- Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See* What is backup withholding, *later.*