**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

HECTOR GARCIA JR., as Personal Representative to the Estate of HECTOR GARCIA,

Plaintiff,

v.

CHS TX INC., as Successor in interest to CORIZON HEALTH, INC., VERONICA SALAZAR, CHRISTI BENNETT, MELISSA GARCIA, GLADYS HERNANDEZ, HEATHER BARELA, EDUARDO BERUMEN, YITZCHAK LEFKOWITZ, and PERIGROVE 1018 LLC,

Defendants.

Case No. 2:21-cv-00485-WJ/GJF

---

**NOTICE OF AGREED EXTENSION OF TIME TO FILE REPLY BRIEF**

Pursuant to D.N.M. LR-Civ. 7.4(a), Defendants Yitzchak Lefkowitz and Perigrove 1018 LLC (the “Moving Defendants”) hereby provide notice that the parties have agreed to an extension of time for the Moving Defendants to file their Reply Brief in Support of their Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(B)(1), (2), and (6) (ECF No. 268).

1. The current deadline for filing the Reply Brief is September 8, 2026. *See* Fed. R. Civ. P. 6(a) (when a deadline falls on a legal holiday, the deadline is automatically extended to the next day that is not a legal holiday).

2. The new agreed-upon deadline for filing the Reply Brief is September 15, 2026.

3. No previous extensions of time have been requested regarding this specific briefing deadline, and this extension will not interfere with any established case management deadlines.

Respectfully submitted,

TAFT STETTINIUS & HOLLISTER LLP

Date: September 3, 2026

By: */s/ Craig Morgan*
Craig Morgan (Bar No. 165222)
6501 Americas Pwky.
Albuquerque, NM 87110
(505) 431-5100
cmorgan@taftlaw.com
*Attorneys for Moving Defendants*