**Honorable David H. Urias**

**333 Lomas Blvd NW**

**Albuquerque, NM 87102**

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 11 2026

ERIK PALTROW
CLERK

*Case Name:* *Garcia v. Board of County Commissioners for the County of Dona Ana et al*

*Case Number:* *2:21-cv-00485-DHU-GJF*

*Filer:*

*Document Number:* *No document attached*

*Docket Text:*
*ORDER by District Judge David H. Urias requiring the pro se individual defendants to provide the Court and opposing counsel with their current contact information, including their phone number, email address, and mailing address, no later than 14 days from the date of this Order. The information can be provided to the Court by mail at 333 Lomas Blvd NW, Albuquerque, NM 87102, Attn: Honorable David H. Urias. The information can be provided to Plaintiff's counsel by email at mcoyte@me.com. The Court FURTHER ORDERS that the defendants inform the Court and opposing counsel of any change to their contact information within 30 days of such change. (sb)*

**Current contact information for Veronica Salazar:**

**575-644-4359**

**vshadd@gmail.com**

**5036 Sand Stream Rd.**

**Las Cruces, NM 88012**

**Sincerely,**

**Veronica Salazar**

SALAZAR
5036 SAND STREAM RD.
LAS CRUCES, NM 88012

EL PASO TX 798
RIO GRANDE DISTRICT
2 SEP 2026 PM 2 L

Freedom 250



HON. DAVID H. URIAS
333 LOMAS BLVD NW.
ALBUQUERQUE, NM 87102

87102-227299